IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | DOCKET NO. CR112-00119-002 |
| | ) | |
| DAVON MITCHELL SAXTON, | ) | |
| | ) | |

## **ORDER**

The United States Attorney for the Southern District of Georgia has now filed a motion for reduction of sentence pursuant to Federal Rules of Criminal Procedure 35(b). On January 22, 2013, the Court sentenced the Defendant to a total of two-hundred-ninety (290) months custody of the Bureau of Prisons. This sentence consisted of terms of 40 months as to Count 6 and 250 months as to Count 8, to be served consecutively. The Court also imposed a term of five (5) years supervised release as to each count, to be served concurrently, $153,739 restitution, and a $200 special assessment.

Upon receiving the current motion, the Court heard from both the Government's attorney and defense counsel on the Defendant's substantial assistance. All relevant issues and information were discussed, and the Court found no need for the Defendant to be present for a hearing on the matter.

After reviewing the motion and upon advice from the United States Probation Office, the Government's motion for a reduction of the sentence of imprisonment is hereby **GRANTED**.

It is the judgment of this Court that the sentence of imprisonment imposed on January 22, 2013, is hereby reduced from a total term of two-hundred-ninety (290) months to a total term of two-hundred-forty (240) months. This reduced term consists of terms of 30 months as to Count 6 and 210 months at to Count 8, to be served consecutively to the extent necessary to produce a total term of 240 months confinement. All other terms shall remain in effect as originally imposed on January 22, 2013.

SO ORDERED this 18th day of May, 2015.

J. Randal Hall
United States District Judge